# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **Bradley Shields** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 9:25-cv-80630-DMM |
| | ) |
| **Olam Advisers Inc., doing business as Effective Funding** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on May 29, 2025, at 5:04 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Olam Advisers Inc. dba Effective Funding in Palm Beach County, FL on June 3, 2025 at 1:31 pm at Olam Advisers Inc dba Effective Funding, 6001 Broken Sound Pkwy, Ste 620, Boca Raton, FL 33487 by leaving the following documents with German Marquez who as Administrative Assistant is authorized by appointment or by law to receive service of process for Olam Advisers Inc. dba Effective Funding.

Summons
Complaint
Civil Cover Sheet
Letter

Additional Description:
CORPORATE SERVICE: I served and explained the contents to an employee
of the defendant Corporation failing to comply with F.S. 48.091 in the absence of the registered agent or any superior officers pursuant to F.S. 48.081(3)(a)

White Male, est. age 25-34, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.4029466667,-80.116775

Photograph: See Exhibit 1

Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Marian Forster*

Executed in

Broward County ,

FL on 6/4/2025 .

Signature
Marian Forster
SPS 1448, Broward
+1 (561) 809-3650
PO Box 810691, Boca Raton, FL 33481

